USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL LABOR RELATIONS BOARD, )
)
Applicant, )
)
v. ) Misc. No. 18-MC-596 (AT)
)
R&S WASTE SERVICES, LLC, WASTE )
SERVICES, INC., and ECSI AMERICA, INC. )
)
Respondents. )

---

## ORDER

Upon consideration of the National Labor Relations Board's Motion, and there being good cause, it is hereby

**ORDERED** that the Pre-Judgment Writ of Attachment [ECF No. 11] is hereby VACATED.

**ORDERED** that the Protective Restraining Order [ECF No. 10] is hereby STAYED as applicable to Respondent Waste Services, Inc., subject to reinstatement upon motion by the Board, should circumstances so warrant.

The Protective Restraining Order remains undisturbed as it applies to Respondents R&S Waste Services, LLC and ECSI America, Inc.

_____
ANALISA TORRES
UNITED STATES DISTRICT JUDGE

Dated this __14__ day of February, 2019.